AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20) ☐ Original ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
### for the
### Central District of California


LODGED
CLERK, U.S. DISTRICT COURT
9/18/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: jb  DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
September 18, 2020
CENTRAL DISTRICT OF CALIFORNIA
BY: VM  DEPUTY

United States of America

v.

LOTH BOUNLOM and
VIENGXAY INTHAVONG,

Defendant(s)

Case No. 2:20-mj-04493

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of June 1, 2020, in the county of Los Angeles in the Central District of California, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii); 18 U.S.C. § 2(a): | Possession with Intent to Distribute a Controlled Substance (Methamphetamine) |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/
Complainant's signature

Henry Blackwell, Special Agent
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: September 18, 2020

Judge's signature

City and state: Los Angeles, California

Hon. Michael R. Wilner, U.S. Magistrate Judge
Printed name and title

**AFFIDAVIT**

I, Henry Blackwell, being duly sworn, declare and state as follows:

### I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint and arrest warrants against LOTH BOUNLOM ("BOUNLOM") and VIENGXAY INTHAVONG ("INTHAVONG") for a violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii); 18 U.S.C. § 2(a): Possession with Intent to Distribute a Controlled Substance (Methamphetamine) on or about June 1, 2020.

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

### II. BACKGROUND OF AFFIANT

3. I am a Special Agent ("SA") with the United States Department of Homeland Security ("DHS"), Immigration and Customs Enforcement, Homeland Security Investigations ("HSI"), and have been so employed since April 2017. I am currently assigned to the HSI Office in El Segundo, California, where I am part of the International Mail Facility Border Enforcement Security

Taskforce (the "Taskforce"). The Taskforce is responsible for investigating trafficking violations involving mail parcels, including those sent internationally. I also act as a duty agent at the Los Angeles International Airport ("LAX") and investigate criminal activity at LAX. Before my current employment with HSI, I served as a CBP Officer ("CBPO") for the U.S. Customs and Border Protection ("CBP") from November 2014 until April 2017. Before becoming a CBPO, I worked for U.S. Border Patrol ("BP") from August 2013 to November 2014. I graduated from the Criminal Investigator Training Program, at the Federal Law Enforcement Training Center in December of 2017. I also completed the CBPO Academy in April 2015, as well as the BP Academy in February 2014; both are located at the Federal Law Enforcement Training Center. Through my training, I have learned of HSI's criminal investigative authority, as well as investigative techniques. HSI is responsible for enforcing federal criminal statutes prohibiting, among other things, the distribution of and possession with intent to distribute drugs, in violation of Title 21 of the United States Code. During my employment with HSI, I have investigated the smuggling of drugs throughout the United States. I have executed search warrants to seize evidence of violations of federal and state law, as well as effected arrest warrants to apprehend individuals who have committed such violations. I am familiar with how drug traffickers, exporters, and smugglers use digital devices and the U.S. mail system to facilitate and conceal their crimes.

### III. SUMMARY OF PROBABLE CAUSE

4.   Between February 11, 2019 and September 17, 2020, BOUNLOM shipped and/or transported at least fifteen international mail parcels that contained large quantities of methamphetamine or cocaine concealed inside consumer products, including children's toys and baby hygiene and health products. Around the dates in which BOUNLOM shipped drug parcels, based on physical surveillance and review of pole camera footage depicting the public area outside of INTHAVONG's California residence (defined below as the "Fire Hollow Residence"), BOUNLOM and INTHAVONG had spent significant time inside INTHAVONG's California residence.  Records from Amazon.com, Target Corporation, and email records from INTHAVONG's Gmail account, show that INTHAVONG researched and/or purchased toys and baby products, which were consistent with those used to conceal narcotics inside various international drug parcels.

5.   On June 1, 2020, BOUNLOM shipped a parcel containing approximately 2,157.2 grams of methamphetamine concealed inside baby products, including a "Baby Dove complete care baby essentials gift set", "BabyBum" bubble bath bottles, and a "Babyganics Essentials Gift Set".  Target records show that, as of July 7, 2020, each of these items was listed as "recently viewed" in connection with INTHAVONG's online Target account. Additionally, that day, based on pole camera video, BOUNLOM arrived at the Fire Hollow Residence at approximately 9:18 a.m. At approximately 10:52 a.m., BOUNLOM then drove directly from the Fire Hollow Residence to the shipping store where

3

surveillance video shows BOUNLOM mail the parcel containing methamphetamine. While BOUNLOM was present at the Fire Hollow Residence, I know that INTHAVONG's vehicle was parked at the residence and I have never seen anyone drive that vehicle except for INTHAVONG.

6.   On September 17, 2020, law enforcement executed multiple federal search warrants at locations associated with BOUNLOM and INTHAVONG, including the Fire Hollow Residence. Among other things, agents found a room inside the Fire Hollow Residence that appeared to be used exclusively for packaging and concealing narcotics. Inside the room, agents found multiple boxes of unused vacuum-sealing bags, boxes of gloves, multiple digital scales, heat sealing equipment, packaging supplies, and various children's toys and baby produces, including boxes of "Baby Bum" bath products.

7.   Pursuant to federal warrants, agents also searched storage units used by BOUNLOM and/or INTHAVONG and found, among other things, approximately 7.6 kilograms of methamphetamine; approximately 5.8 kilograms of colored pills, which tested positive for 3,4-Methylenedioxymethamphetamine ("MDMA"); a semiautomatic firearm with unknown manufacturer marked with SS80; and a variety of large-scale laboratory equipment, including a pill pressing machine.

8.   On September 17, 2020, federal agents arrested INTHAVONG and BOUNLOM based on probable cause that each had violated federal narcotics law. BOUNLOM and INTHAVONG remain in custody.

## IV. STATEMENT OF PROBABLE CAUSE

9. Based on my review of law enforcement reports, conversations with other law enforcement agents, and my own knowledge of the investigation, I am aware of the following:

### A. GPS Data and Surveillance Video Shows That BOUNLOM Repeatedly Distributed Methamphetamine and Cocaine

10. On April 9, 2020, the Honorable Charles F. Eick signed a warrant authorizing the installation of a GPS tracking on BOUNLOM's primary vehicle -- a 2018 white Honda Civic bearing California license plate number 8DTS744 and Vehicle Identification Number ("VIN") SHHFK7G48JU206531 ("BOUNLOM's vehicle").[1] See 2:20-MJ-01601.

11. On April 20, 2020, GPS tracking data from BOUNLOM's vehicle shows that BOUNLOM drove to Gels Logistics Inc. ("GELS"), a freight forwarding company located at 20275 Business Parkway in the City of Industry, California. Pursuant to an independent internal directive to combat the transportation of illegal items, GELS conducted a search of a parcel bearing tracking number 5014097616 that was shipped to an address in China and found two vacuum-sealed plastic bags containing an unknown white powder concealed inside children's toys (the "04/20/20 COCAINE PARCEL"). Law enforcement responded to GELS and retrieved the 04/20/20 COCAINE PARCEL and determined, through lab results, that it contained approximately 2 kilograms of cocaine.

---

[1] To date, there have been three extensions to the tracker warrant authorized by the Honorable Pedro V. Castillo, the Honorable Gail J. Standish, and the Honorable Karen Stevenson, respectively.

5

12. On April 23, 2020, GPS tracking data from BOUNLOM's vehicle shows that BOUNLOM again drove to GELS. Surveillance video from that location, obtained from GELS, shows BOUNLOM mailing a parcel bearing tracking number 5014097653 to China (the "04/23/20 COCAINE PARCEL"). An examination of the 04/23/20 COCAINE PARCEL found that it contained a vacuum sealed plastic bag containing approximately 1.08 kilograms of cocaine concealed inside of a children's toy -- a Marvel Black Panther action figure box. Notably, an "Avengers Black Panther Slash Claw" toy was also packed inside the 04/23/20 COCAINE PARCEL. Records provided by Target Corporation ("Target") show that an online Target account opened in INTHAVONG's name (the "INTHAVONG TARGET ACCOUNT") was used to purchase an "Avengers Black Panther Slash Claw" on April 22, 2020 -- the day before BOUNLOM mailed the 04/23/20 COCAINE PARCEL -- and that the purchaser scheduled an in-store pickup at the Target store located approximately 1.5 miles from 1618 Fire Hollow Drive, Diamond Bar, California, 91765 (defined below as the "Fire Hollow Address"), which, as described below, is INTHAVONG's California residence.

13. On June 1, 2020, GPS data from BOUNLOM's vehicle shows that BOUNLOM drove to a UPS Store located at 449 West Foothill Boulevard, in Glendora, California (the "Glendora UPS Store"). Surveillance video from the Glendora UPS Store shows BOUNLOM mailing a parcel bearing tracking number 1Z59607R0416830190 to New Zealand (the "06/01/20 METH PARCEL"). Federal law enforcement conducted an outbound border search of the 06/01/20 METH PARCEL and found multiple plastic bags containing

approximately 2,157.2[2] grams of methamphetamine concealed inside baby products, including a "Baby Dove complete care baby essentials gift set", "BabyBum" bubble bath bottles, and a "Babyganics Essentials Gift Set".

14. GPS data from BOUNLOM's vehicle shows that BOUNLOM drove to the same Glendora UPS Store on June 5, 2020. Surveillance video from that location shows that BOUNLOM mailed a parcel bearing tracking number 1Z59607R0489128198 to New Zealand (the "06/05/20 METH PARCEL"). Federal law enforcement conducted an outbound border search of the 06/05/20 METH PARCEL and found multiple plastic bags containing approximately 1,894.7 grams of methamphetamine concealed inside baby and other hygiene products, including "Baby Dove" products.

15. On July 9, 2020, GPS data from BOUNLOM's vehicle shows that BOUNLOM traveled to the AAE Global Express shipping center located at 202 North Garfield Avenue, in Monterey Park, California (the "Monterey Park AAE"). A surveillance image from that location shows that BOUNLOM mailed a parcel bearing tracking number 5014096080 to China (the "07/09/20 COCAINE PARCEL"). Federal law enforcement conducted an outbound border search of the 07/09/20 COCAINE PARCEL and found a vacuumed sealed plastic bag containing approximately 1 kilogram of cocaine that was concealed inside a Forces of Valor brand toy replica of the USS Missouri Battleship.

---

[2] Unless otherwise noted, methamphetamine quantities refer to grams of actual methamphetamine based on laboratory analysis. All cocaine drug quantities have also been confirmed by laboratory.

7

16.   On July 10, 2020, GPS data from BOUNLOM's vehicle shows that BOUNLOM again traveled to the Monterey Park AAE. Following BOUNLOM's departure from the AAE shipping center, federal agents determined that a parcel bearing tracking number 8500389295 was mailed to China at the time that BOUNLOM's vehicle was at AAE Shipping center parking lot (the "07/10/20 COCAINE PARCEL").  Federal law enforcement conducted an outbound border search of the 07/10/20 COCAINE PARCEL and found two vacuumed sealed plastic bags containing approximately 2 kilograms of cocaine that was concealed inside two Disney toys. One of the vacuumed sealed plastic bags containing cocaine was located inside a Disney Princess Style Collection Play Suitcase Travel Set.  Records and surveillance video from Target, show that BOUNLOM, two days earlier (on July 8, 2020), purchased various children's toys, including the Disney Princess Style Collection Play Suitcase Travel Set.

17.   On July 14, 2020, GPS data from BOUNLOM's vehicle shows that BOUNLOM again traveled to the Monterey Park AAE.  On or about August 9, 2020, New Zealand Customs Services ("NZCS") intercepted a parcel bearing tracking number 8500389273 (the "07/14/20 METH PARCEL").  AAE Global business records show that the 07/14/20 METH PARCEL was shipped from the Monterey Park AAE on July 14, 2020.  Inside the parcel, NZCS found approximately 1.8 kilograms of methamphetamine (based on presumptive field testing) concealed inside baby products, including an "Honest Company Truly Calming Shampoo & Lotion Bundle - Lavender."

8

18. On August 18, 2020, GPS data from BOUNLOM's vehicle shows that BOUNLOM traveled to a FedEx store located at 9216 Flair Drive, in El Monte, California. On or about August 27, 2020, NZCS intercepted a parcel bearing FedEx tracking number 395948769591 (the "08/18/20 METH PARCEL"). FedEx business records show that the 08/18/20 METH PARCEL was mailed from the FedEx store located at 9216 Flair Drive, in El Monte, California on August 18, 2020. Inside the parcel, NZCS found approximately 688 grams of methamphetamine (based on presumptive field testing) concealed inside lotion bottles.

### B. Inside INTHAVONG's Residence, Law Enforcement Found a Room Dedicated to Packaging and Concealing Narcotics Consistent With Those Seized in this Investigation

19. On September 17, 2020, law enforcement executed a federal search warrant at a residence located at 1618 Fire Hollow Drive, Diamond Bar, California, 91765 (the "Fire Hollow Residence"). Based on earlier physical surveillance and review of pole camera video[3] depicting the public area outside the residence, I learned and observed that INTHAVONG has unlimited access to the residence, including the garage where INTHAVONG generally parks. I also learned that INTHAVONG often sleeps at the residence overnight when no other people are inside the residence. During the search of the Fire Hollow Residence, I saw a photograph of INTHAVONG located in the master bedroom, where I also saw men's clothing in the closet. Based on the

---

[3] Unless otherwise noted, any reference to pole camera footage refers to video from a pole camera depicting the public area outside of the Fire Hollow Address.

9

search, I do not believe anyone else was living at the Fire Hollow Residence.[4]

20. Among other things, during the search of the Fire Hollow Residence, law enforcement found a room that appeared to be dedicated to packaging and concealing narcotics inside toys and baby products. Specifically, the room contained a heat-sealing machine, multiple vacuum sealing machines, a hot glue gun, a heat gun, cleaning towels and other cleaning products, multiple boxes of unused vacuum-sealing bags and gloves, and various unused boxes and packaging supplies. There was also various children's toys located inside the room, including items the co-conspirators had previously used to conceal methamphetamine and/or cocaine, including boxes of "Baby Bum" bath products, a toy replica battleship, a lavender "Honest" company shampoo bottle, among others.

21. Inside other areas of the Fire Hollow Residence, law enforcement found a money counter, another digital scale, a heat sealer for plastic bags, a roll of plastic wrap used to vacuum seal items, and a GPS tracking device.

C. **INTHAVONG and BOUNLOM Packaged and Concealed Narcotics**

22. Before the search warrant was executed on September 17, 2020, I know that INTHAVONG and BOUNLOM often spent substantial time inside the Fire Hollow Residence on or around the dates in which BOUNLOM shipped out drug parcels based on my review of pole camera footage, GPS data from BOUNLOM's vehicle,

---

[4] Records provided by Southern California Edison show that utility services related to the Fire Hollow Residence are in the name of A.B, BOUNLOM's wife.

10

among other evidence. BOUNLOM also often mailed drug parcels after leaving the Fire Hollow Residence.

23. For example, GPS tracking data shows that BOUNLOM's vehicle traveled to the Target retail store located at 747 Grand Ave, Diamond Bar, California, 91765, on July 8, 2020. Target records, including surveillance video, show BOUNLOM purchasing the following items on July 8, 2020: two Baby Dove complete care baby essentials gift sets,[5] an Honest Company Shampoo and Lotion Bundle,[6] Johnson's Bath And Body Gift Sets, a Disney Princess Style Collection Play Suitcase Travel Set, and two other Disney toys. After BOUNLOM purchased the items, GPS data and pole camera footage show that BOUNLOM returned to the Fire Hollow Residence. Once there, BOUNLOM took out multiple Target shopping bags from his vehicle and took them inside the Fire Hollow Residence. At the time, based on my review of pole camera video, I know that INTHAVONG was also inside the residence.

24. Based on GPS data and surveillance, on July 8, 2020, BOUNLOM later drove from the Fire Hollow Address to a UPS Store located in Diamond Bar, California. Records from the USP Store show that at the time BOUNLOM was in the store, someone purchased various shipping materials, including multiple shipping boxes. BOUNLOM then drove back to the Fire Hollow

---

[5] Notably, the methamphetamine concealed in the 06/01/20 and the 06/05/20 METH PARCELS was concealed in the same Baby Dove products.

[6] Notably, the methamphetamine concealed in the 07/14/20 METH PARCEL was concealed in the same Honest Company products.

11

Residence where law enforcement saw BOUNLOM take multiple unused boxes and packaging materials inside the residence.

25. The following day, on July 9, 2020, federal law enforcement conducted surveillance of BOUNLOM. During surveillance agents saw BOUNLOM take a large black trash bag containing what appeared to be a box or boxes from the Fire Hollow Address and place it into the trunk of BOUNLOM's vehicle. At the time, based on my review of pole camera footage, INTHAVONG was still inside the Fire Hollow Residence. BOUNLOM then drove to the Monterey Park AAE where he shipped the 07/09/20 COCAINE PARCEL. As noted above, on July 10, 2020, BOUNLOM also shipped a parcel the next day (July 10, 2020) with cocaine concealed inside of a toy he purchased from Target two days earlier -- a Disney Princess Style Collection Play Suitcase Travel Set.

26. Based on my review of information related to the tracking device installed on BOUNLOM's vehicle and other evidence, I determined that BOUNLOM traveled from the Fire Hollow Residence to ship the following parcels, among others:

    a. On April 20, 2020, GPS data from BOUNLOM's vehicle shows that BOUNLOM traveled from the Fire Hollow Residence to GELS, where he shipped the 04/20/20 COCAINE PARCEL to China.

    b. On April 23, 2020, GPS data from BOUNLOM's vehicle shows that BOUNLOM again traveled from the Fire Hollow Residence to GELS, where he shipped the 04/23/20 COCAINE PARCEL to China.

c.  On June 1, 2020, GPS data from BOUNLOM's vehicle shows that BOUNLOM traveled from the Fire Hollow Residence to the Glendora UPS Store to mail the 06/01/20 METH PARCEL. Based on GPS data from BOUNLOM's vehicle and pole camera video depicting the public area outside the Fire Hollow Residence, BOUNLOM arrived at the Fire Hollow Residence at approximately 9:18 a.m.  At approximately 10:52 a.m., BOUNLOM then drove directly from the Fire Hollow Residence to the shipping store where surveillance video shows BOUNLOM mail the parcel containing methamphetamine. While BOUNLOM was present at the Fire Hollow Residence, I know that INTHAVONG's vehicle was parked at the residence and I have never seen anyone drive that vehicle except for INTHAVONG.

d.  On June 5, 2020, GPS data from BOUNLOM's vehicle shows that BOUNLOM again traveled from the Fire Hollow Residence to the Glendora UPS Store to mail the 06/05/20 METH PARCEL.

**D.  INTHAVONG Has Researched and Purchased Items Used to Conceal Drugs**

27.  Based on records provided by Target, I determined the following:

a.  INTHAVONG maintains an online Target account that was opened in INTHAVONG's name and linked to an email address associated with INTHAVONG (the "INTHAVONG TARGET ACCOUNT").[7]

---

[7] The INTHAVONG TARGET ACCOUNT is linked to "eightofspades008@yahoo.com."  On July 27, 2020, Postal Inspector Weidenkopf obtained a search warrant for INTHAVONG's "eightofspades008" account that was signed by the Honorable Pedro V. Castillo, United States Magistrate Judge. See 20-MJ-3476.  Based on my review of records provided by Yahoo, among

13

    b. Target provided information about "recently viewed" items associated with the INTHAVONG TARGET ACCOUNT. which revealed as of July 7, 2020. The list of recently viewed list includes numerous children's products, including the following four products used to conceal methamphetamine inside seized international parcels: (1) "BabyBum" bubble bath (the product used to conceal the methamphetamine found in the 06/01/20 and 07/14/20 METH PARCELS); Honest Company body lotion bottles (the product used to conceal the methamphetamine found in the 06/16/20 and 07/14/20 METH PARCELS); "Baby Dove complete care baby essentials gift set" (the products used to conceal methamphetamine found in the 06/01/20 and 06/05/20 METH PARCELS); and "Babyganics Essentials Gift Set" (the product used to conceal methamphetamine found the 06/01/20 METH PARCEL).

    c. Target receipts show that the user of the INTHAVONG TARGET ACCOUNT also purchased various items, including products likely shipped inside parcels containing drugs. Specifically, on April 22, 2020, the user of the account purchased various items, including an Avengers Black Panther Slash Claw. When law enforcement searched the 04/23/20 COCAINE PARCEL, agents found the same toy -- an Avengers Black Panther Slash Claw toy in the parcel with the drugs. Additionally, Target records also show that INTHAVONG's credit card was used

---

other things, I determined that INTHAVONG is the user of the email account. For example, there are multiple emails referencing INTHAVONG's real name, including hotel and flight bookings. Additionally, the alternative email account for the Yahoo account is "eightofspades008@gmail.com" (defined below as the "INTHAVONG GOOGLE ACCOUNT").

14

on April 27, 2019 to purchase, among other things, a box of trading cards and an "NFL ShowDown" children's game. Notably, on May 14, 2019, NZCS intercepted a DHL parcel bearing tracking number 3405429215 (the "05/09/19 METH PARCEL") -- which was shipped from California on May 9, 2019 -- and contained approximately 2 kilograms of methamphetamine (based on presumptive field testing) concealed inside an "NFL ShowDown" children's game. Also, inside the 05/09/19 METH PARCEL was a box of trading cards.

    28.  On July 27, 2020, the Honorable Pedro V. Castillo signed email search warrants related to the follow two email accounts controlled by INTHAVONG: "eightofspades008@yahoo.com" (the "INTHAVONG YAHOO ACCOUNT") and "eightofspades008@gmail.com" (the "INTHAVONG GOOGLE ACCOUNT" and collectively the "INTHAVONG EMAIL ACCOUNTS"). See Case Nos. 20-MJ-3476, 20-MJ-3477. During the search, law enforcement found evidence related to drug manufacturing and distribution, including evidence that INTHAVONG: (1) purchased items used to package and conceal the drugs (e.g., vacuum sealing equipment, vacuum sealing bags, Selizo 100 Sheets Black Carbon Transfer Tracing Paper, and a precision scale); (2) purchased items and/or viewed items on Amazon.com that could be used to manufacture controlled substances, including dehumidifying equipment, a large power generator that cost over $20,000, security systems, sheets of carbon paper, and equipment that could be used to identify law enforcement surveillance, among others.

29. Based on Amazon.com records, INTHAVONG, using an account associated with the INTHAVONG GMAIL ACCOUNT, purchased the following items, among others:

    a.    Large quantities of vacuum sealer bags on or about November 19, 2019 and May 27, 2020.

    b.    Multiple 3M reusable respirators and acid gas/organic vapor cartridges;

    c.    Handheld heat bag sealers;

    d.    multiple air scrubber carbon filters -- which are used as an odor remover for air purifiers and dehumidifying equipment,

    e.    WiFi temperature and humidity monitor, wireless digital indoor hygrometer thermometer; and

    f.    a large "Fireproof Safe and Water Resistant Bag for Money".

    **E.**    **Pursuant to Federal Warrants, Agents Searched Three Storage Units Associated with BOUNLOM and INTHAVONG**

30. Pursuant to a warrant, law enforcement searched two storage units -- Storage Units E340 and E360 -- located at the CubeSmart Self Storage facility located at 985 Fairway Drive, Walnut, California, 91789 (the "Walnut CubeSmart").[8]

31. Between June 23, 2020, and September 13, 2020, based on CubeSmart records, including surveillance video, BOUNLOM and

---

[8] Records from the Walnut CubeSmart, including surveillance video, show BOUNLOM lease Unit E360 on September 8, 2020 using a stolen or counterfeit driver's license in the name of "Binh Chi." Surveillance video and CubeSmart records show that BOUNLOM and another co-conspirator rented Storage Unit E340 a few months earlier, on June 23, 2020 in the name of "Kai-Yi Shen."

INTHAVONG repeatedly accessed the Walnut CubeSmart facility. Specifically, during that timeframe, CubeSmart records show that BOUNLOM and/or INTHAVONG accessed the Walnut CubeSmart facility at least 25 times.

32. During the search of Storage Unit E360, law enforcement found approximately 7.6 kilograms of methamphetamine based on presumptive field testing; approximately 5.8 kilograms of various colored pills containing 3,4-Methylenedioxy methamphetamine ("MDMA") based on presumptive field testing; and a semiautomatic firearm with unknown manufacturer marked with SS80. Storage Unit E340 was empty and had no lock on the exterior. Notably, lease term for Storage Unit E340 was set to end on September 23, 2020.

Pursuant to a warrant, law enforcement also searched Storage Unit B022 at the Public Storage Facility located at 211 West Allen Avenue, San Dimas, California, 91773. Inside the unit, law enforcement found several digital scales, packaging and

17

shipping supplies, and industrial-scale laboratory equipment, including a large tablet press machine:

  

### F. INTHAVONG and BOUNLOM Are Suspected Members of the "Hellside" Street Gang

33. Based on my review of the public profiles on Facebook.com (associated with INTHAVONG), I saw photographs depicting INTHAVONG displaying gang signs known to be associated with the "Hellside" street gang. Also, based on a 2009 arrest report for BOUNLOM, who was arrested for being a felon in possession of a gun, I know that BOUNLOM's moniker is "WICKED" and that he has a tattoo on his stomach associated with the Hellside street gang. Additionally, during the search of INTHAVONG's residence on September 18, 2020, I saw large "H" letter decorations in various areas of the residence, including in the master bedroom and the dining room on top of a shelf with a hidden compartment for storing a firearm (no firearm was found

18

inside the compartment). Hellside gang members are known to use a hand sign where they put their index fingers together to form an "H" with their hands.

## V. CONCLUSION

34. For all of the reasons described above, there is probable cause to believe that LOTH BOUNLOM ("BOUNLOM") and VIENGXAY INTHAVONG ("INTHAVONG") committed a violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), 18 U.S.C. § 2(a) (Possession with Intent to Distribute a Controlled Substance) on or about June 1, 2020.

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone this 18 day of
September, 2020.

_____
HONORABLE MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE